# UNITED STATES DISTRICT COURT
For the
SOUTHERN DISTRICT OF NEW YORK

**ASHER BRONSTIN**
 *Plaintiff,*

 v.                                              **Case No.**

**EZ ADVANCE LLC and JOHN DOE 1-10**
 *Defendants*.

### AFFIDAVIT IN SUPPORT OF REQUEST FOR EXEMPTION FROM CASE MANAGEMENT AND ELECTRONIC CASE FILING (CM/ECF) INTRODUCTION COURSE REQUIREMENT

I, **ASHER BRONSTIN**, being duly sworn, depose and state as follows:

1. I am the *pro se* litigant in the above-captioned case, and I am submitting this affidavit in support of my request for an exemption from the requirement to attend the in-person Case Management and Electronic Case Filing (CM/ECF) Introduction Course offered by the Southern District of New York.

2. I respectfully request this exemption for the following reasons:

   a. I have carefully reviewed all information provided on the District Court's official website regarding the CM/ECF system, including guidance for *pro se* litigants and the procedures governing electronic filing.

   b. I have prior litigation experience in state courts, where I have actively participated in electronic filing. I currently maintain access to electronic filing systems in several state courts (California and New York) and am fully capable of complying with comparable e-filing procedures.

   c. I reside in California, and attendance at the in-person CM/ECF Introduction Course in New York would be impractical and unduly burdensome. The financial cost, time commitment, and travel requirements associated with flying across the country solely for the purpose of attending this course would impose significant hardship.

3. Given these circumstances and my familiarity and experience with electronic filing systems in state courts, I respectfully request that the Court grant me an exemption from the CM/ECF Introduction Course requirement and authorize my registration for electronic filing privileges.

4. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on this  22  day of  May, 2026  at  Las Vegas, Nevada  (*City, State*).


*Asher Bronstin*
**ASHER BRONSTIN**
*Pro Se Plaintiff*

Legal@BronstinHoldings.com
(949) 996-7205